UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
Michelle Harris,

             Plaintiff,                                Index No. 12-CV-06686 (FSH)(PS)

     -against-                             **NOTICE OF VOLUNTARY**
                                              **DISMISSAL PURSUANT TO**
Rosenthal, Morgan & Thomas, Inc.,            **F.R.C.P. 41 (a)(1)(A)(i)**

             Defendant.
-------------------------------------------------------X


       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michelle

Harris by and through her counsel, hereby gives notice that the above-captioned action is voluntarily

dismissed, with prejudice against Defendant Rosenthal, Morgan & Thomas, Inc.


Dated: April 8, 2013
New York, New York


                                         **FREDRICK SCHULMAN & ASSOCIATES**

                                         BY: _____

                                         JACOB J. SCHEINER, ESQ.
                                         Fredrick Schulman & Associates
                                         30 East 29th Street
                                         New York, New York 10016
                                         P: 212-796-6053
                                         F: 212-951-7379
                                         Attorneys for Plaintiff


**SO-ORDERED:**


_____
**Hon.**